JMR/2004R00398

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 05-888-03 (FLW) |
| v. | : | |
| NOEL LOPEZ | : | DETENTION ORDER |

This matter having been opened to the Court on motion of the United States, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Jason M. Richardson, Assistant United States Attorney, appearing on behalf of the United States), in the presence of Kim Otis, Esquire, attorney for defendant Noel Lopez, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining defendant Noel Lopez without bail pending trial in the above-entitled matter; the defendant consented to an order of pre-trial detention without prejudice to seek a bail hearing if a bail package could be compiled; the Government's Motion for Pre-trial detention the Court makes the following findings:

1. On or about December 21, 2005, the United States Grand Jury, sitting in Camden, returned a one count Superseding Indictment, charging defendant Noel Lopez, and seven others, with conspiracy to transport minors to engage in prostitution, in violation of Title 18, United States Code, Section 2423(a) and (e). These offenses charged in the Indictment carry a mandatory minimum term of imprisonment of 5 years and maximum penalty of 40 years imprisonment.

2. On or about January 21, 2009, the defendant Noel Lopez was arrested in Santa Clara, California.

3. Defendant has consented to detention without prejudice to seek a hearing at a future time.

IT IS, therefore, on this 13th day of March, 2009,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Noel Lopez be committed to the custody of the Attorney General or her authorized representative pending trial; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Noel Lopez be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Noel Lopez be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Noel Lopez shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Noel Lopez pending trial is hereby GRANTED, and defendant Noel Lopez is hereby ordered detained pending trial in the above-entitled matter; and it is further

ORDERED that the defendant Noel Lopez may apply for bail if a bail package could be compiled.

_____
HONORABLE FREDA L. WOLFSON
United States District Judge